**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-02852-REB-KMT | FTR - Courtroom C-201 |
| **Date:** January 31, 2012 | Deputy Clerk, Nick Richards |
| CHRIS CAVALERI, | Howard Flicker |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | Mustafa A. Hersi |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**SCHEDULING CONFERENCE**
**Court in Session: 9:33 a.m.**
Court calls the case. Appearances of counsel.

It is ORDERED:    Plaintiff's Motion to File Amended Complaint [Doc. No. 8, filed January 27, 2012] is **GRANTED**.  Defendant shall file their amended complaint to show the correct defendant as United States of America within the next 24 hours.

Discussion regarding the need to bifurcate discovery.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: March 1, 2012
Discovery Cut-off: June 1, 2012
Dispositive Motions Deadline: July 15, 2012
Disclosure of Affirmative Experts: April 16, 2012
Disclosure of Rebuttal Experts: May 16, 2012
Written Discovery shall be served no later than 33 days prior to the discovery cutoff.

Each side shall be limited to 25 interrogatories, 20 requests for admission, and 20 requests for documents.
Each side shall be limited to 10 depositions.  No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE** is set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** will be set by District Judge Robert E. Blackburn.

TRIAL:

Trial Preparation Conference set before District Judge Robert E. Blackburn for December 14, 2012 at 4:00 p.m.
Trial to [X] Court   [ ] Jury for 3 days is set for December 17, 2012 at 9:00 a.m.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 9:45 a.m.**
Total In-Court Time:   00:12        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.