**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02852-REB-KMT

CHRIS CAVALERI,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal** [#15][1] filed March 22, 2012.

After reviewing the notice and the file, I conclude that the notice should be approved

and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal** [#15] filed March 22, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for December 14, 2012, is

**VACATED**;

    3. That the trial to the court set to commence December 17, 2012, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

     Dated March 22, 2012, at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge